# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

RICK WALLACE, on behalf of himself and others similarly situateds
*Plaintiff*
v.
FINE HOME FURNISHINGS LLC, et al.,
*Defendant*

Civil Action No. 2:19-cv-2973

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: ORDER granting [31] Joint Motion for Approval of Settlement The Settlement Agreement ECF No. [31-1] is APPROVED and the case is DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 11/25/2020

CLERK OF COURT

Christi M. Wern

*Signature of Clerk or Deputy Clerk*